**JS-6 / REMAND**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RICARDO HUEPA ROSALES, individually and on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DENNY'S, INC., a Florida corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV 18-10236-DMG (SKx)<br><br>**ORDER RE JOINT STIPULATION TO REMAND ACTION TO STATE COURT [19]** |

Pursuant to Parties' Stipulation, and for good cause shown, the Court hereby ORDERS that this Action be immediately remanded to the Superior Court of California for the County of Los Angeles. Plaintiff's Motion for Order Remanding Action to State Court [Doc. # 16] is DENIED as moot. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: February 1, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1